STATE, Respondent v. McCREARY et al., Appellants

(132 N.W.2d 826)

(File No. 10191. Opinion filed February 3, 1965)

**Milton Cameron,** Sisseton, for defendants and appellants.

**Frank L. Farrar,** Atty. Gen., Pierre, **Wallace R. Brantseg,** State's Atty., Roberts County, Sisseton, for plaintiff and respondent.

PER CURIAM. An appeal to this court was taken by the serving and filing of notice of appeal on August 17, 1964. The record was settled on September 1, 1964. Appellant has not filed a brief or taken other proceedings in prosecution of the appeal.

The appeal is deemed abandoned and the judgment appealed from is affirmed.